**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY J. KEELER, | No. 2:16-CV-2094-TLN-CMK |
| Plaintiff, | |
| vs. | |
| TREVER KNYPER, | |
| Defendant. | |
| _____ / | |
| KIMBERLY J. KEELER, | No. 2:16-CV-2186-JAM-CMK |
| Plaintiff, | |
| vs. | |
| WALTER BULLINGTON, | |
| Defendant. | |
| _____ / | |

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| KIMBERLY J. KEELER, | | No. 2:16-CV-2206-MCE-CMK |
|     Plaintiff, | | |
|   vs. | | |
| JOHNATHAN SHELDON, | | |
|     Defendant. | | |
| _____/ | | |
| KIMBERLY J. KEELER, | | No. 2:16-CV-2508-TLN-CMK |
|     Plaintiff, | | |
|   vs. | | |
| GARRET MAXWELL, | | |
|     Defendant. | | |
| _____/ | | |
| KIMBERLY J. KEELER, | | No. 2:16-CV-2805-MCE-CMK |
|     Plaintiff, | | |
|   vs. | | |
| CITY OF REDDING, et al., | | |
|     Defendants. | | |
| _____/ | | |
| KIMBERLY J. KEELER, | | No. 2:16-CV-2810-JAM-CMK |
|     Plaintiff, | | |
|   vs. | | |
| STEPHEN S. CARLTON, | | |
|     Defendant. | | |
| _____/ | | |

///

///

| | |
|---|---|
| 1 | ORDER |
| 2 | Plaintiff, who is proceeding pro se, brings these six separate civil actions. |
| 3 | According to plaintiff's complaints, each action arises out of events which allegedly took place in |
| 4 | Redding, California, on February 25, 2016. In each action, plaintiff alleges false arrest, false |
| 5 | imprisonment, police misconduct, as well as various violations of her constitutional rights. |
| 6 | Because each action involves common questions of law and fact, they will be consolidated into a |
| 7 | single action. See Fed. R. Civ. P. 42(a)(2). Plaintiff will be provided an opportunity to file an |
| 8 | amended complaint in the lead action, Keeler v. Knyper, Case No. 16-CV-2094-TLN-CMK, |
| 9 | setting forth all of her allegations as to each defendant in a single pleading. See E. Dist. Cal. |
| 10 | Local Rule 220. Each of the other actions will be administratively closed. Plaintiff is cautioned |
| 11 | that failure to file an amended complaint within the time provided herein may result in dismissal |
| 12 | of the lead action for failure to comply with court rules and orders. See E. Dist. Cal. Local Rule |
| 13 | 110. |
| 14 | Pending before the court in lead action Keeler v. Knyper, Case No. 16-CV-2094- |
| 15 | TLN-CMK, is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff has |
| 16 | submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay |
| 17 | fees and costs or give security therefor and the court will grant the application. |
| 18 | Accordingly, IT IS HEREBY ORDERED that: |
| 19 | 1. The six above-captioned actions are consolidated under lead action Keeler |
| 20 | v. Knyper, Case No. 16-CV-2094-TLN-CMK, and the Clerk of the Court is directed to |
| 21 | administratively close the other five actions and to terminate all motions pending in the other five |
| 22 | actions; |
| 23 | 2. Plaintiff's application for leave to proceed in forma pauperis (Doc. 2) in |
| 24 | Keeler v. Knyper, Case No. 16-CV-2094-TLN-CMK, is granted; |
| 25 | 3. The Clerk of the Court shall not issue summons or set this matter for an |
| 26 | initial scheduling conference unless specifically directed to do so by further court order; |

4. Plaintiff's complaint in <u>Keeler v. Knyper</u>, Case No. 16-CV-2094-TLN-CMK, is dismissed with leave to file an amended complaint alleging all claims as to all defendants in a single pleading; and

5. Plaintiff shall file an amended complaint in <u>Keeler v. Knyper</u>, Case No. 16-CV-2094-TLN-CMK, within 30 days of the date of this order.

DATED: June 14, 2018

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE